UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-008ML** **DATE: June 3, 2005**

**TITLE: <u>USA v. BERNARD RENZI</u>**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**



**IN COURT**

---

**COUNSEL PRESENT: AUSA Terrence P. Donnelly - Govt**
**[illegible] - for Deft**
**[illegible] - U.S. Probation**

**PROCEEDINGS: Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution.**

**Court imposes sentence as to Counts I & II of the Information: 6 mos' imprisonment; followed by 2 yrs' supervised release.**

**Special conditions of s/r: deft shall spend the first 6 mos. of s/r in home confinement. Deft may leave his home for work, religious services, and medical appointments, all with the prior approval of the probation office. Deft shall pay for the cost of his confinement & supervision. Deft shall file all required tax returns as to tax years 1998, 1999, 2000, and 2001. Deft shall file accurate and timely returns for the years during which he is under supervision. $200 total special assessment.**

**Deft remains on unsecured bond under terms & conditions previously set until deft's date of self-surrender to a designated BOP facility. Self-surrender date: Friday, 6/24/05, before 2:00 p.m.**