IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | 1:05CR00008-01ML |
| v. | ) | |
| Bernard Renzi Defendant. | ) | |

SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid in full or otherwise settled, the Clerk of the United States District Court for the District of Rhode Island is hereby authorized and empowered to satisfy and cancel said judgment of record.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature]
MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza - 8th Floor
Providence, RI 02903

Date: January 19, 2006