**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05CR0008-01ML |
| | ) | |
| Bernard Renzi | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. Magistrate Judge Lincoln D. Almond, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant's request for travel out of the continental United States was approved on November 13, 2006, by this Court, it is hereby

**ORDERED** that the defendant's passport be released on January 28, 2007, and surrendered on February 12, 2007.

**ENTERED** as an order of this Honorable Court the 22nd day of January, 2007.

ENTER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Court Judge

PER ORDER:

Barbara Barletta
Deputy Clerk