**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 05-00008-01ML |
| | ) | |
| Bernardino Renzi | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. Magistrate Judge Lincoln D. Almond on order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant will complete his term of supervision on December 22, 2007 as ordered by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 20th day of Dec., 2007.

ENTER:

Lincoln D. Almond
U.S. Magistrate Judge

PER ORDER:

Deputy Clerk